Joel F. Tamraz, Esq. (SBN 39893)
LAW OFFICES OF JOEL F. TAMRAZ
1055 West 7th Street, 33rd Floor
Los Angeles, California 90017
Telephone: (213) 267.2786
Facsimile: (213) 377-5771
joeltamraz@msn.com

Attorney for Plaintiff, Orion Plastics, Inc.

JS-6

# UNITED STATE DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORION PLASTICS, INC., <br><br> Plaintiff. <br><br> vs. <br><br> MARK ONE MACHINERY SALES, LTD., a NEW YORK DOMESTIC BUSINESS CORPORATION, aka MARK ONE MACHINERY, <br><br> Defendant. | CASE NO: CV17-02810-JFW (AJWx) <br><br> [Hon. John F. Walter] <br><br> **ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties, and good cause appearing therefore, by reason of the fact that the parties have resolved this case, the court hereby dismisses the case with prejudice.

DATED: January 16, 2018

BY: _____
JUDGE OF THE U.S. DISTRICT COURT